# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2016

*The Court of Appeals hereby passes the following order:*

**A17E0021.   TRINTEC PORTFOLIO SERVICES, LLC v. 106 OLDE HICKORY CIRCLE et al.**

Upon consideration of an "Amended Emergency Motion to Cancel Foreclosure Sale," filed by Crandall O. Postell, it is ordered that the motion is hereby **DENIED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/02/2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*